AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | No. 5:24-CR-50061-002 |
| Win Sin | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

**Win Sin**, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

One Count of Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and, 846;
One Count of Possession with Intent to Distribute more than 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) and 18 U.S.C. § 2; and,
One Count of Possession with Intent to Distribute Marijuana, in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) and 18 U.S.C. § 2.

Date: November 13, 2024

*Ty Caldwell*
Issuing officer's signature

City and state: Fort Smith, Arkansas

Ronald E. Dowling, Clerk of Court
Printed name and title

---

### Return

This warrant was received on (date) 11/14/24, and the person was arrested on (date) 11/15/24
at (city and state) Springdale, Arkansas

Date: 11/15/24

*signature*
Arresting officer's signature

Det. Dalton Frazier
Printed name and title