UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE NO.: 5:24-CR-500-61-005 |
| | ) | |
| MARQUESHA YOUNG | ) | DEFENDANT |

### DEFENDANT'S FIRST MOTION TO CONTINUE TRIAL DATE

The defendant, through counsel, hereby files this Motion to Continue the Trial Date, and in support thereof states:

1. The defendant was charged with conspiring to distribute methamphetamine and possession of marijuana with intent to distribute, all in violation of Title 21 U.S.C. § 841(a)(1), Title 21 U.S.C. § 841(b)(1)(D).

2. This matter is set for trial on May 12, 2025.

3. The Defendant has been charged as a co-defendant and the government's case alleges, she was involved in a criminal enterprise with many other persons.

4. Defense counsel has received the discovery responses from the Government, and it is voluminous.

5. Based on the above-stated reasons, defense counsel believes that the ends of justice are served by granting this continuance. The defendant hereby waives her right to a Speedy Trial.

WHEREFORE, the defendant respectfully requests the Court to continue the trial date in this matter.

Respectfully submitted,
MARQUESHA YOUNG, Defendant

By: */s/ Ken Osborne*
*Electronically Signed*
Ken Osborne ABA#87128
OSBORNE LAW FIRM
509 N. College Avenue
P. O. Box 1345
Fayetteville, AR  72702
(479) 521-7727

**CERTIFICATE OF SERVICE**

I, Ken Osborne, hereby certify that on **April 18, 2025,** I electronically filed the foregoing with the Clerk of the Court using the Arkansas Judiciary **CM/ECF** Filing System, which shall send notification of such filing to all counsel of record.

By: */s/ Ken Osborne*
*Electronically Signed*